STATE OF MONTANA,

                    Plaintiff,                                  NO. DC-92-201B

        vs.                                                          DECISION

THOMAS R. DAHL,

                    Defendant.

On May 3, 1993 the Defendant was sentenced to five (5) years for Indecent Exposure. The Defendant shall not be eligible for parole until he has completed the Sex Offender Treatment Program and Substance Abuse Program available at the Montana State Prison.

On July 23, 1993, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and was represented by Dave Wing, Attorney at Law from Butte. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it if such is possible. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall remain the same as originally imposed.

The Sentence Review Board finds that the sentencing judge considered the alternatives in his sentence and rejected them.

The reason for the decision is the sentence imposed by the District Court is presumed correct pursuant to Section 46-18-904(3), MCA. The Division finds that the reasons advanced for modification are insufficient to deem inadequate or excessive as required to overcome the presumption per Rule 17 of the Rules of the Sentence Review Division of the Montana Supreme Court.

DATED this 23rd day of July, 1993.

64

**Hon. Thomas McKittrick, Chairman, Hon. G. Todd Baugh, and
Hon. John Warner, Judges**

The Sentence Review Board wishes to thank Dave Wing, Attorney from Butte for his assistance to the defendant and to this Court.